OPINION — AG — THE FIRST DEPUTY OR CHIEF DEPUTY OF THE COUNTY SUPERINTENDENT OF SCHOOLS IS NOT REQUIRED TO HAVE A BACHELOR'S DEGREE OR AN ADMINISTRATOR'S CERTIFICATE, OR TO POSSESS OTHER QUALIFICATION REQUIRED BY LAW OF THE COUNTY SUPERINTENDENT OF SCHOOLS. (EDUCATION) CITE: 70 O.S.H. 3-1, 70 O.S.H. 3-5, OPINION NO. JULY 23, 1953 — REYNOLDS (J. H. JOHNSON)